### In re SUYDAM'S ESTATE.

(Surrogate's Court, New York County. July 6, 1916.)

EXECUTORS AND ADMINISTRATORS &122(3)—PAYMENTS BY TEMPORARY ADMINISTRATOR—STATUTE.

The power of the Surrogate's Court to authorize payments by a temporary administrator is limited by Code Civ. Proc. § 2597, under which the court in a contested probate proceeding cannot authorize payment by a temporary administrator of the referee's fees and other expenses of an examination before trial of testator's son.

[Ed. Note.—For other cases, see Executors and Administrators, Cent. Dig. § 495½; Dec. Dig. &122(3).]

In the matter of the estate of Lambert Suydam. On motion to modify an order for the examination of Lambert Suydam, Jr., before trial, to provide that referee's fees and other expenses shall be payable out of decedent's estate. Application denied.

Wingate & Cullen, of New York City, for contestant.

William R. Adams, of New York City, for proponent and temporary administrator.

FOWLER, S. This is a contested probate proceeding, and one of the contestants heretofore obtained an order for the examination of Lambert Suydam, Jr., before trial. A motion is now made to modify the said order, so as to provide that the referee's fees and other expenses of the said examination should be payable out of the estate of the decedent, and it is claimed that the court may direct that such expenses be paid by the temporary administrator. The power of the court to authorize payments by a temporary administrator is limited by the provisions of section 2597, Code Civ. Proc., and under that section the court cannot authorize the payment of the expenses in question. Estate of Marcellin, 25 Misc. Rep. 260, 55 N. Y. Supp. 425; Matter of Aaron, 5 Dem. Sur. 362.

The application should be denied.